Wayne E. PHIPPS, Appellant,

v.

STATE of Missouri, Respondent.

No. 62573.

Missouri Court of Appeals,
Eastern District,
Division One.

May 4, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 18, 1993.

Application to Transfer Denied
Sept. 28, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion. We find the motion court did not clearly err in such denial. Rule 84.-16(b)(2).

We further find an opinion in this case would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been prepared for use by the parties only.

Affirmed.

STATE of Missouri, Respondent,

v.

Kenneth E. JAMERSON, Appellant.

Kenneth Earl JAMERSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44558, WD 46563.

Missouri Court of Appeals,
Western District.

June 1, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Robert E. Steele, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from judgment of conviction for possession of cocaine, § 195.020, RSMo 1986, and five-year sentence.

Judgment affirmed. Rule 30.25(b).

Appeal from denial of motion filed under Rule 29.15. Appeal dismissed as abandoned.